SENRICK S. WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-17T
April 20, 2015

77,138-31

Dallas Police Department
Jack Evans Headquarters
1400 S. Lamar Street
Dallas, Texas 75215

c/o Criminal Investigations Division
First Floor, Frank Crowley Courts Building
133 N. Riverfront Blvd., LB31
Dallas, Texas 75207

c/o Susan Hawk
Head District Attorney
133 N. Riverfront Blvd., LB19
Dallas, Texas 75207

c/o Federal Bureau of Investigation
Civil Rights Division
One Justice Way
Dallas, Texas 75220

c/o Supreme Court of The United States
Criminal Investigation Division
Washington, DC 20543-0001

c/o Attorney General of Texas
Criminal Investigations Division
P.O. Box 12548
Austin, ~~RECEIVED IN~~ 2548

c/o Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

RE: Complaint Affidavit for AGG Perjury, Fraud & Falsifying Government Documents

ATTN: All Above Entities;

"I, Senrick Wilkerson, TDCJ NO. 1885146, presently and illegally confined in Ramsey I Unit, is filing a complaint against Destiny Rae Austin and the Dallas County Court officer Brooke B. Grona-Robb, for AGG perjury, fraud and falsifying government documents.

On 12/15/2010, Destiny Rae Austin took the witness stand under oath, and committed AGG perjury when she testified and said that I pulled a gun on her and raped her without a condom. I have never once kept any gun or any other type of weapon in my home, or any vehicle that I have ever purchased. The last time that I ever held a gun was in the summer of 1994, at a gun range in Brownwood, Texas. There is absolutely nothing ever mentioned or documented in my background that indicates the use or possession of any gun. Dallas Police Sergeant Byron Fassett testified that no weapons were ever found during the Police Investigations from FC8-60213 Compelling Prostitution offense. Sra.

Page 1 of 3

Fassett also testified that Destiny Rae Austin never even told him that I had any weapons. The State's witness Terri J. Jennings testified during the illegal trial, and stated that she and I have known each other for five(5) years, and that she has never once seen me with a gun. The only sworn arrest affidavit that is in the District Attorney's files, is in reference to the FC8-60213 Compelling prostitution offense, case service No. 0237338 V, which was signed by detective Michael B. McMurray & Magistrate Judge Michael Snipes, on September 4, 2008. In this arrest affidavit, there is absolutely nothing mentioned or documented in this report that mentions anything about a gun or any weapons; Nor does it mention anything about any sexual performance or sexual assault. The entire time that Destiny Rae Austin was in the Juvenile Detention Center of Denton County, in 2008, Austin never once stated that I had pulled a gun on her, and she never once called the Police; during her interview with Det. McMurray & Sgt. Fassett. Also, in May of 2008, both of these named Dallas officer's administered an unconsented recorded phone conversation between myself and Destiny Rae Austin, and not once did Austin ever accuse me of pulling a gun on her, or raping her; simply because these crimes never once occurred. Therefore, Destiny Rae Austin has committed the crimes of AGG perjury, a third degree felony that is punishable from 2 to 10 years in prison. I have witnesses that will testify that I have never owned a gun, never carried a gun, never kept a gun in my home or vehicles and that I have never raped Destiny Rae Austin.

On 11/24/2010, prosecutor Brooke B. Grona-Robb fraudulently forged the indictments from F10-01183 sexual performance by a child & F10-01184 sexual assault on a child. Brooke B. Grona-Robb never once presented both tainted offenses before any Magistrate Judge or grand jury. There are no probable cause information, no complaint affidavits, no sworn arrest affidavits, no offense reports, no arrest reports, no arraignment information, the files are missing, no physical or DNA evidence and no first preliminary initial appearance information, as is required by Texas Law. In any event on 12/17/2010, Brooke B. Grona-Robb closed her arguing statement during the illegal trial by specifically saying; "After all! He pulled a gun on her to show her that he had the power!" Again, no gun was ever mentioned during the recorded phone call in May of 2008; No gun was presented in the illegal trial; There was never any hearings held in regards to a weapon; No pretrial was held; No gun mentioned in the sworn arrest affidavit; And there was never once any mentioning about any gun, or any type of weapons during the interview on 9/7/2008,

between myself and Dallas Detective Michael B. McMurray. However, during this interview, Det. McMurray specifically says: "Once, I take DNA from you, it will prove that you raped Destiny Austin!" I quickly offered my DNA to the officer, but he declined my offer by specifically saying; "No, we are not gonna charge you with rape."

On 12/3/2010, Brooke B. Grona-Robb was able to convince Judge Gracie G. Lewis into signing some invalid PR bonds for cause Nos. F10-01182, F10-01183, F10-01184 and F10-01185, when I was never once in any custody for them, never once detained for them and never once arrested for them. These PR bonds do state that I was in the custody of the Dallas County Sheriff's office. However, the Dallas County AIS bond detail information is showing that I posted personal recognizance bonds from all four (4) fraudulent cases on 2/24/2011. Even the Dallas County Sheriff's bond office shows the fraudulent "PR" bond receipts from cause Nos. F10-01182, F10-01183, F10-01184; with a posted date as 2/24/2011. But show a regular bond receipt from cause No. F10-01185, in the amount of $10,000⁰⁰ with a posted date of 2/24/2011. The District Attorney's office fraudulently dismissed cause Nos. F10-01182 & F10-01185 on 12/30/2010; And I was illegally convicted and sentenced to 8 years, on 12/17/2010, for cause Nos. F10-01183 & F10-01184.

Brooke B. Grona-Robb committed AGG perjury on 12/17/2010; Fraud and the Crimes of Fraud and falsifying government documents. These felony crimes must be prosecuted immediately, with charges being filed against the prosecutor Brooke B. Grona-Robb and Destiny Rae Austin.

I, Senrick Wilkerson, TDCJ No. 1885146, being presently illegally incarcerated in the Ramsey I Unit, do state that the above facts are true under the penalty of perjury."

SENRICK WILKERSON

P.S.
Safeguard my Liberty

Page 3 of 3